IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
01 MAR 30 PM 12:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| LESTER BEN WAID, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs | )   CIVIL ACTION NO.00-S-1251-E |
| | ) |
| WARDEN BILLY OWENS, et al, | ) |
| | ) |
| Respondent(s). | ) |

ENTERED
MAR 30 2001

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice to allow the petitioner to petition the Eleventh Circuit Court of Appeals for permission to file a successive petition in this court. An appropriate order will be entered.

DONE, this 30th day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

